# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Bruce Hoffman<br><br>        Debtor | CHAPTER 13<br><br>BKY. NO. 18-10711 amc |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Acqura Loan Services as servicer for Visio Financial Services, Inc. and index same on the master mailing list.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734