**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> Bruce Hoffman <br><br>                 Debtor | CHAPTER 13 <br><br> BKY. NO. 18-10711 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of BSI Financial Services as servicer for Visio Financial Services, Inc. and index same on the master mailing list.

                                    Respectfully submitted,

                                **/s/ Kevin G. McDonald, Esquire**
                                Kevin G. McDonald, Esquire
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322 FAX (215) 627-7734