## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Bruce G. Hoffman<br>　　　　　　　　　　Debtor<br><br>Visio Financial Services, Inc., its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　vs.<br>Bruce G. Hoffman<br>　　　　　　　　　　Debtor<br><br>William C. Miller Esq.<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 18-10711 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Entry of Appearance of Visio Financial Services, Inc., and Amended Entry of Appearance of BSI Financial Services, which were filed with the Court on or about:

- **Original - July 12, 2018; Docket No. 22**.
- **Amended – July 24, 2018; Docket No. 26**

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　412-430-3594

July 27, 2018