# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-10711** |
| **Bruce G. Hoffman** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| vs | : | **August 7, 2018 at 11:00 a.m.** |
| | : | |
| **Bruce G. Hoffman** | : | **U.S. Bankruptcy Court** |
| **Paul G. Merrill** | : | **900 Market Street, Courtroom #5** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller** | : | |
| **Respondents.** | | |

### CERTIFICATION OF NO OBJECTION REGARDING
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY
### TO PERMIT JPMORGAN CHASE BANK, N.A. TO REPOSSESS A 2011 TOYOTA
### CAMRY VIN 4T1BF3EKXBU180436 (DOCUMENT NO.23)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay and Co-Debtor Stay ("Motion") filed on July 20, 2018 at Document No. 23 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 4, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Karina Velter
_____
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)

18-012411_FXF

        Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-012411_FXF

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-10711** |
| **Bruce G. Hoffman** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **August 7, 2018 at 11:00 a.m.** |
| | : | |
| **Bruce G. Hoffman** | : | **U.S. Bankruptcy Court** |
| **Paul G. Merrill** | : | **900 Market Street, Courtroom #5** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller** | : | |
| **Respondents.** | | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay and Co-Debtor Stay with 30 day waiver with the Court to permit JPMorgan Chase Bank, N.A. to repossess on 2011 Toyota Camry Vin 4T1BF3EKXBU180436, was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105

Jermaine D. Harris, Attorney for Bruce G. Hoffman, Jermaine D. Harris, 21 South 12th Street Suite 100, Philadelphia, PA  19107, jermaineh02@msn.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on August  6 , 2018:

Bruce G. Hoffman, 805 Red Lion Road B40, Philadelphia, PA  19115

18-012411_FXF

Paul G. Merrill, 9953 Montour St, Philadelphia, PA  19115

DATE:  8/6/18

/s/ Karina Velter

Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-012411_FXF