## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-10711-amc |
| **Bruce G. Hoffman** | : Chapter 13 |
| | : Judge Ashely M. Chan |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * |
| | : |
| **JPMorgan Chase Bank, N.A.** | : Date and Time of Hearing |
| Movant, | : Place of Hearing |
| | : August 7, 2018 at 11:00a.m. |
| vs | : |
| | : _____ |
| **Bruce G. Hoffman** | : U.S. Bankruptcy Court |
| **Paul G. Merrill** | : 900 Market Street, Courtroom #5 |
| | : Philadelphia, PA, 19107 |
| **William C. Miller** | : |
| **Respondents.** | |

### ORDER OF COURT

AND NOW, this  7th  day of  August , 20 18 , upon consideration of the Motion for Relief from the Automatic Stay filed by JPMorgan Chase Bank, N.A. ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay and Co-Debtor Stay be and hereby is terminated as it affects the interest of JPMorgan Chase Bank, N.A. in and to the Property of a 2011 Toyota Camry Vin 4T1BF3EKXBU180436,.

BY THE COURT

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

18-012411_FXF