United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10711-amc
Bruce G. Hoffman                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Aug 07, 2018
                          Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.
db         +Bruce G. Hoffman,    805 Red Lion Road B40,    Philadelphia, PA 19115-1469

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:
      ANN E. SWARTZ    on behalf of Creditor    Branch Banking & Trust Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      ANN E. SWARTZ    on behalf of Creditor    BB&T Mortgage ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      BRIAN THOMAS LANGFORD    on behalf of Creditor    Citadel Federal Credit Union PitEcf@weltman.com
      JERMAINE D. HARRIS    on behalf of Debtor Bruce G. Hoffman jermaineh02@msn.com
      KARINA VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
      KEVIN G. MCDONALD    on behalf of Creditor    BSI Financial Services as servicer for Visio Financial Services, Inc. bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Visio Financial Services, Inc. bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                     TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-10711-amc** |
| **Bruce G. Hoffman** : | **Chapter 13** |
| : | **Judge Ashely M. Chan** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * |
| : | |
| **JPMorgan Chase Bank, N.A.** : | **Date and Time of Hearing** |
| **Movant,** : | **Place of Hearing** |
| **vs** : | **August 7, 2018 at 11:00a.m.** |
| : | _____ |
| **Bruce G. Hoffman** : | **U.S. Bankruptcy Court** |
| **Paul G. Merrill** : | **900 Market Street, Courtroom #5** |
| : | **Philadelphia, PA, 19107** |
| : | |
| **William C. Miller** : | |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, this  7th  day of  August , 2018 , upon consideration of the Motion for Relief from the Automatic Stay filed by JPMorgan Chase Bank, N.A. ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay and Co-Debtor Stay be and hereby is terminated as it affects the interest of JPMorgan Chase Bank, N.A. in and to the Property of a 2011 Toyota Camry Vin 4T1BF3EKXBU180436,.

BY THE COURT

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

18-012411_FXF