United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bruce G. Hoffman  
    Debtor

Case No. 18-10711-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD    Page 1 of 1    Date Rcvd: Sep 11, 2018  
                   Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2018.  
14090423      +Visio Financial Services, Inc.,   c/o Sortis Financial, Inc.,   18451 N. Dallas Parkway, Suite 100,   Dallas, TX 75287-5209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2018 at the address(es) listed below:  
      ANN E. SWARTZ   on behalf of Creditor   Branch Banking & Trust Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
      ANN E. SWARTZ   on behalf of Creditor   BB&T Mortgage ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
      BRIAN THOMAS LANGFORD   on behalf of Creditor   Citadel Federal Credit Union PitEcf@weltman.com  
      JERMAINE D. HARRIS   on behalf of Debtor Bruce G. Hoffman jermaineh02@msn.com  
      KARINA VELTER   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
      KEVIN G. MCDONALD   on behalf of Creditor   BSI Financial Services as servicer for Visio Financial Services, Inc. bkgroup@kmllawgroup.com  
      KEVIN G. MCDONALD   on behalf of Creditor   Visio Financial Services, Inc. bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                TOTAL: 9

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-10711-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Bruce G. Hoffman
805 Red Lion Road B40
Philadelphia PA 19115

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/06/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 10: Visio Financial Services, Inc., c/o Sortis Financial, Inc., 18451 N. Dallas Parkway, Suite 100, Dallas, TX 75287 | BSI Financial Services., as servicer for Visio Financial Services, Inc. 1425 Greenway Drive, #400 Irving, TX 75038 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    09/13/18

Tim McGrath
**CLERK OF THE COURT**