**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:   Bruce G. Hoffman        :          Bankruptcy # 18-10711
                                 :
_____:

**ORDER**

AND NOW, this ⟋⟍ day of O⟋⟍          , 2018, upon consideration of
Debtor's Motion to Sell Real Estate,

IT IS HEREBY ORDERED that said Motion is GRANTED and Debtor may sell the real estate located
at 1828 W. Venango Street, Philadelphia, PA 19140 for $51,500.00 to Robin Gill and Robina P. Merrill.

BY THE COURT:

_____
J.