WWR# 040124773

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>BRUCE G. HOFFMAN<br>                Debtor<br><br>CITADEL FEDERAL CREDIT UNION<br>                Movant | CASE NO. 18-10711-AMC<br>CHAPTER 13<br><br>Hearing Date: 12/18/2018<br>Hearing Time: 11:00 AM |

## ORDER

AND NOW, this __18th__ day of __December__, 2018, upon failure of Debtor(s) to file an answer or otherwise plead or appear (or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code), 11 U.S.C. Section 362, is modified to allow the above-captioned Movant to exercise any and all of its remedies under its loan documentation and under state law to proceed with repossession and sale of one 2013 Mercedes-Benz C300, VIN # WDDGF8AB3DA805900.

                                                      _____
                                                      HONORABLE ASHELY M. CHAN
                                                      U.S. BANKRUPTCY JUDGE

CC:
Movant's Counsel:
Brian Langford, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219

Debtor:
Bruce G. Hoffman 805 Red Lion Road B40 Philadelphia, PA 19115

Debtor's Counsel:
Jermaine D. Harris 21 South 12th Street Suite 100 Philadelphia, PA 19107

Trustee:
WILLIAM C. MILLER, Esq. P.O. Box 1229 Philadelphia, PA 19105

United States Trustee:
United States Trustee, 833 Chestnut St., Suite 500, Philadelphia, PA 19107