United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bruce G. Hoffman  
    Debtor

Case No. 18-10711-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1    Date Rcvd: Dec 18, 2018  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2018.  
db    +Bruce G. Hoffman,   805 Red Lion Road B40,   Philadelphia, PA 19115-1469

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2018 at the address(es) listed below:  
    ANN E. SWARTZ   on behalf of Creditor   Branch Banking & Trust Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
    ANN E. SWARTZ   on behalf of Creditor   BB&T Mortgage ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
    BRIAN THOMAS LANGFORD   on behalf of Creditor   Citadel Federal Credit Union PitEcf@weltman.com  
    JERMAINE D. HARRIS   on behalf of Debtor Bruce G. Hoffman jermaineh02@msn.com  
    KARINA VELTER   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
    KEVIN G. MCDONALD   on behalf of Creditor   BSI Financial Services as servicer for Visio Financial Services, Inc. bkgroup@kmllawgroup.com  
    KEVIN G. MCDONALD   on behalf of Creditor   Visio Financial Services, Inc. bkgroup@kmllawgroup.com  
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
    TOTAL: 9

WWR# 040124773

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>BRUCE G. HOFFMAN<br>    Debtor<br><br>CITADEL FEDERAL CREDIT UNION<br>    Movant | CASE NO. 18-10711-AMC<br>CHAPTER 13<br><br>**Hearing Date: 12/18/2018**<br>**Hearing Time: 11:00 AM** |

**ORDER**

AND NOW, this  18th  day of December  , 2018, upon failure of Debtor(s) to file an answer or otherwise plead or appear (or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code), 11 U.S.C. Section 362, is modified to allow the above-captioned Movant to exercise any and all of its remedies under its loan documentation and under state law to proceed with repossession and sale of one 2013 Mercedes-Benz C300, VIN # WDDGF8AB3DA805900.

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

CC:
Movant's Counsel:
Brian Langford, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219

Debtor:
Bruce G. Hoffman 805 Red Lion Road B40 Philadelphia, PA 19115

Debtor's Counsel:
Jermaine D. Harris 21 South 12th Street Suite 100 Philadelphia, PA 19107

Trustee:
WILLIAM C. MILLER, Esq. P.O. Box 1229 Philadelphia, PA 19105

United States Trustee:
United States Trustee, 833 Chestnut St., Suite 500, Philadelphia, PA 19107