United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10711-amc
Bruce G. Hoffman                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Apr 23, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.
db             +Bruce G. Hoffman,    805 Red Lion Road B40,    Philadelphia, PA 19115-1469

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2019 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Branch Banking & Trust Company ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    BB&T Mortgage ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              BRIAN THOMAS LANGFORD    on behalf of Creditor    Citadel Federal Credit Union PitEcf@weltman.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JERMAINE D. HARRIS    on behalf of Debtor Bruce G. Hoffman jermaineh02@msn.com
              KARINA VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    BSI Financial Services as servicer for Visio
               Financial Services, Inc. bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Visio Financial Services, Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Bruce G. Hoffman | Debtor | CHAPTER 13 |
| Visio Financial Services, Inc. vs. | Movant | NO. 18-10711 AMC |
| Bruce G. Hoffman | Debtor | |
| William C. Miller Esq. | Trustee | 11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this ____ day of _____, 2018 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1828 West Venango Street, Philadelphia, PA 19140 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: April 23, 2019**

_____
United States Bankruptcy Judge.

Bruce G. Hoffman
805 Red Lion Road, Apt. B40
Philadelphia, PA 19115

Jermaine D. Harris Esq.
21 South 12th Street, Suite 100 (VIA ECF)
Philadelphia, PA 19107

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532