**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
In re:                                                                :                    Chapter 13
    Bruce Hoffman                                      :
                                                                       :                    Bk. # 18-10711
_____ :

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

    Movant Bruce Hoffman has filed a Motion To Reconsider Order.

    Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

    1.   If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Objection, then on or before June 4, 2019, you or your attorney must do all of the following:

        (a)  file an answer explaining your position at:

            Clerk's Office, U.S. Bankruptcy Court
            The Robert Nix Building
            900 Market Street
            Philadelphia, PA 19107

    If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)  mail a copy to the Movant's attorney

            Jermaine Harris, Esquire
            100 South Broad Street, Suite 1523
            Philadelphia, PA 19110

    2.   If you or attorney do not take the steps described in paragraphs 1(a) and 1(b) above and Attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

    3.   A hearing on the Motion is scheduled to be held on June 11, 2019 at 11:00 am in Courtroom 4, United States Bankruptcy Court, the Robert Nix Building, 900 Market Street, Philadelphia, PA 19107 unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bank.P. 9014(d).

    4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you to request a copy from the attorneys named in paragraph 1(b).

      5.   You may contact the Bankruptcy Clerk's Office at (215)408-2800 to find out whether the hearing has been cancelled because no one has filed an answer.

May 7, 2019

**CERTIFICATE OF SERVICE**

  I, Jermaine Harris, Esquire, hereby certify that I served the below listed with a true and correct copy of the herein Notice of Hearing via first class mail and/or the court's ECF filing system on May 7, 2019.

William C. Miller, Esquire
Standing Chapter 13 Trustee's Office

Visio Financial Services

|  |  |
|---|---|
| Dated: May 7, 2019 | \s\ Jermaine Harris, Esquire <br> _____ <br> Jermaine Harris, Esquire <br> 100 South Broad Street, Suite 1523 <br> Philadelphia, PA 19110 <br> (215)385-1091 |