IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DSITRICT OF PENNSYLVANIA

_____

In re:                                            :         Case# 18-10711
    Bruce Hoffman                        :
                                                  :
_____ :

### ORDER

AND NOW, this  18th  day of  June  , 2019, upon consideration of Debtor's Objection to Citadel Federal Credit Union's Proof of claim, and any response thereto, after notice and hearing;

IT IS HEREBY ORDERD that said proof of claim is disallowed.

_____
Ashely M. Chan
United States Bankruptcy Judge