**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DSITRICT OF PENNSYLVANIA**

_____

In re:                                    :          Case# 18-10711

    Bruce Hoffman                    :

                                    :

_____ :

**ORDER**

AND NOW, this 18th          day of   June                        , 2019, upon consideration of
Debtor's Objection to JP Morgan Chase Bank, N.A.'s Proof of claim, and any response thereto, after
notice and hearing;

IT IS HEREBY ORDERD that said proof of claim is disallowed.

_____
    Ashely M. Chan
    United States Bankruptcy Judge