United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-10711-amc
Bruce G. Hoffman                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD           Page 1 of 1           Date Rcvd: Jun 18, 2019
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
db            +Bruce G. Hoffman,    805 Red Lion Road B40,    Philadelphia, PA 19115-1469

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:
      ANN E. SWARTZ    on behalf of Creditor    Branch Banking & Trust Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      ANN E. SWARTZ    on behalf of Creditor    BB&T Mortgage ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      BRIAN THOMAS LANGFORD    on behalf of Creditor    Citadel Federal Credit Union PitEcf@weltman.com
      JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com
      JERMAINE D. HARRIS    on behalf of Debtor Bruce G. Hoffman jermaineh02@msn.com
      KARINA VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
      KEVIN G. MCDONALD    on behalf of Creditor    BSI Financial Services as servicer for Visio Financial Services, Inc. bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Visio Financial Services, Inc. bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                   TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DSITRICT OF PENNSYLVANIA

_____

In re:                                          :           Case# 18-10711
    Bruce Hoffman                      :
                                                       :
_____ :

**ORDER**

AND NOW, this  18th  day of  June , 2019, upon consideration of Debtor's Objection to Citadel Federal Credit Union's Proof of claim, and any response thereto, after notice and hearing;

IT IS HEREBY ORDERD that said proof of claim is disallowed.

_____
Ashely M. Chan
United States Bankruptcy Judge