**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Bruce Hoffman | : | |
| | : | Bk. # 18-10711 |
| | : | |

**ORDER**

**AND NOW**, this ⟨16th⟩ day of ⟨July⟩ , 2019, upon consideration of Debtors'
Motion to Reconsider Order Granting Relief From the Automatic Stay and any response thereto,

IT IS HEREBY ORDERED THAT the Motion is hereby ~~GRANTED and the April 23, 2019 Order
granting Relief from the Automatic Stay to Creditor Visio Financial Services is hereby VACATED.~~

*denied for the reasons stated in open Court.*

J. _____