United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 18-10711-amc
Bruce G. Hoffman                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: YvetteWD            Page 1 of 1               Date Rcvd: Jul 19, 2019
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.
db           +Bruce G. Hoffman,    805 Red Lion Road B40,   Philadelphia, PA 19115-1469

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2019 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Branch Banking & Trust Company ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    BB&T Mortgage ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              BRIAN THOMAS LANGFORD    on behalf of Creditor    Citadel Federal Credit Union PitEcf@weltman.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JERMAINE D. HARRIS    on behalf of Debtor Bruce G. Hoffman jermaineh02@msn.com
              KARINA VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    BSI Financial Services as servicer for Visio
               Financial Services, Inc. bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Visio Financial Services, Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Bruce Hoffman | : | |
| | : | Bk. # 18-10711 |
| | : | |

**ORDER**

**AND NOW**, this 16th day of July, 2019, upon consideration of Debtors' Motion to Reconsider Order Granting Relief From the Automatic Stay and any response thereto,

IT IS HEREBY ORDERED THAT the Motion is hereby ~~GRANTED and the April 23, 2019 Order granting Relief from the Automatic Stay to Creditor Visio Financial Services is hereby VACATED.~~ denied for the reasons stated in open Court.

_____
J.