United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 18-10711-amc
Bruce G. Hoffman                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD         Page 1 of 1         Date Rcvd: Sep 30, 2019
                           Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14070272       E-mail/Text: bankruptcy@bbandt.com Oct 01 2019 04:01:20     BB&T,   PO Box 1847,
         Wilson, NC  27894-1847,  Mailcode 100-50-01-51
                                                                                                          TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:
      ANN E. SWARTZ   on behalf of Creditor   Branch Banking & Trust Company ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
      ANN E. SWARTZ   on behalf of Creditor    BB&T Mortgage ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
      BRIAN THOMAS LANGFORD   on behalf of Creditor   Citadel Federal Credit Union PitEcf@weltman.com
      JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
       ecfemails@ph13trustee.com
      JERMAINE D. HARRIS   on behalf of Debtor Bruce G. Hoffman jermaineh02@msn.com
      KARINA   VELTER   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
      KEVIN G. MCDONALD   on behalf of Creditor   BSI Financial Services as servicer for Visio
       Financial Services, Inc. bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD   on behalf of Creditor   Visio Financial Services, Inc. bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                                       TOTAL: 10

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-10711-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Bruce G. Hoffman
805 Red Lion Road B40
Philadelphia PA 19115

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/27/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: BB&T, PO Box 1847, Wilson, NC  27894-1847, Mailcode 100-50-01-51 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/02/19

Tim McGrath
**CLERK OF THE COURT**