UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>BRUCE  G HOFFMAN | Chapter 13 |
| Debtor | Bankruptcy No. 18-10711-AMC |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 8, 2019**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JERMAINE D HARRIS

21 SOUTH 12TH ST., STE 100
PHILADELPHIA, PA 19107-

Debtor:
BRUCE  G HOFFMAN

805 RED LION ROAD, APT. B40

PHILADELPHIA, PA 19115