United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Bruce G. Hoffman
    Debtor

Case No. 18-10711-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: YvetteWD      Page 1 of 2      Date Rcvd: Oct 08, 2019
                   Form ID: pdf900      Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
```
db          +Bruce G. Hoffman,    805 Red Lion Road B40,    Philadelphia, PA 19115-1469
cr          +SPECIALIZED LOAN SERVICING LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14165096    +Acqura Loan Services,    c/o Kevin G . McDonald, Esquire,    KML Law Group, P.C.,
             701 Market Street, Suite 5000,    Phila., PA 19106-1541
14192560    +BSI Financial Services., as servicer for,    Visio Financial Services, Inc.,
             1425 Greenway Drive, #400,    Irving, TX 75038-2480
14086347     Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14052621    +Citizens Bank,    237 Main Street,    Middletown, CT 06457-3429
14051759    +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
14068288    +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
             Sioux Falls, SD 57104-0493
14106144     JPMorgan Chase Bank, N.A.,    P.O. Box 901032,    Ft. Worth TX 76101-2032
14054920    +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
14396760    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
14052622    +Target/TD,    PO Box 9500,    Minneapolis, MN 55440-9500
14052618    +Visio Financial Services,    c/o Clearspring Loan Services,    18451 N. Dallas Parkway #100,
             Dallas, TX 75287-5209
14090423    +Visio Financial Services, Inc.,    c/o Sortis Financial, Inc.,
             18451 N. Dallas Parkway, Suite 100,    Dallas, TX 75287-5209
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Oct 09 2019 03:22:19     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 09 2019 03:22:06
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 09 2019 03:22:18     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2019 03:29:13     Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14052625    +E-mail/Text: bkrpt@retrievalmasters.com Oct 09 2019 03:22:14     AMCA,
             4 Westchester Plaza, #110,    Elmsford, NY 10523-1615
14090401     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 09 2019 03:27:12
             Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
             Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
14052617    +E-mail/Text: bankruptcy@bbandt.com Oct 09 2019 03:22:02     BB & T Mortgage,    PO Box 580506,
             Charlotte, NC 28258-0506
14070272     E-mail/Text: bankruptcy@bbandt.com Oct 09 2019 03:22:02     BB&T,    PO Box 1847,
             Wilson, NC  27894-1847,    Mailcode 100-50-01-51
14169715     E-mail/Text: megan.harper@phila.gov Oct 09 2019 03:22:19     City of Philadelphia,
             Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA  19102-1595
14052619    +E-mail/Text: bk.notifications@jpmchase.com Oct 09 2019 03:22:05     Chase Auto Finance,
             PO Box 901076,    Fort Worth, TX 76101-2076
14052620    +E-mail/Text: bankruptcycollections@citadelbanking.com Oct 09 2019 03:22:27     Citadel FCU,
             520 Eagleview Blvd,    Exton, PA 19341-1119
14262734     E-mail/Text: bnc-quantum@quantum3group.com Oct 09 2019 03:22:05
             Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
             Kirkland, WA  98083-0657
14052623    +E-mail/Text: bncnotices@becket-lee.com Oct 09 2019 03:22:01     Kohls/Capone,    PO Box 2983,
             Milwaukee, WI 53201-2983
14052624     E-mail/Text: camanagement@mtb.com Oct 09 2019 03:22:04     M&T Bank,    PO Box 844,
             Buffalo, NY  14240
14050783    +E-mail/Text: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 09 2019 03:28:03
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                    TOTAL: 15
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: YvetteWD          Page 2 of 2          Date Rcvd: Oct 08, 2019
                             Form ID: pdf900          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:
          ANN E. SWARTZ    on behalf of Creditor    Branch Banking & Trust Company ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    BB&T Mortgage ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          BRIAN THOMAS LANGFORD    on behalf of Creditor    Citadel Federal Credit Union PitEcf@weltman.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JERMAINE D. HARRIS    on behalf of Debtor Bruce G. Hoffman jermaineh02@msn.com
          KARINA  VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor    Visio Financial Services, Inc. bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    BSI Financial Services as servicer for Visio
           Financial Services, Inc. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


IN RE:                              Chapter 13
BRUCE  G HOFFMAN



                    Debtor          **Bankruptcy No.** 18-10711-AMC


# O R D E R

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.




**Date: October 8, 2019**

                    _____
                        Ashely M. Chan
                        Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JERMAINE D HARRIS

21 SOUTH 12TH ST., STE 100
PHILADELPHIA, PA 19107-


Debtor:
BRUCE  G HOFFMAN

805 RED LION ROAD, APT. B40

PHILADELPHIA, PA 19115